UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Indigo Ocean Rose Kraim

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

CIVIL ACTION NO. 3:21-cv-00329
*(Number to be assigned by Court)*

Mariott (Mr. Mariott)
Current / Former Owner
Charleston West Virginia Police
Department, Channel 13 News

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ✓   No ✓
   illegally wiretapping

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

    Plaintiffs: Indigo Ocean Rose Krawn
    P.O Box 448
    Huntington, West Virginia 25709

    Defendants: _____

2. Court (if federal court, name the district; if state court, name the county);

    _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

    _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** _____

    A.    Is there a prisoner grievance procedure in this institution?

            Yes _____      No _____

    B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

            Yes _____      No _____

    C.    If you answer is YES:

        1.    What steps did you take? _____

        2.    What was the result? _____

    D.    If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.    Name of Plaintiff: **Indigo Ocean Rose Kram**

        Address: **1530 Victory Lane, West Virghia 25301**

    B.    Additional Plaintiff(s) and Address(es): **My children however due to them being minors will not list just sue on their behalf.**

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _____

   is employed as: _____

   at _____

D. Additional defendants: _____

   _____

   _____

   _____

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I checked into the Marriott after leaving the Four Point by Sheraton & the Courtyard Marriott after being wiretapped (illegally) harassed & held hostage the police said they were investigating but no refund & said I now own this hotel & the two previously stated they made me pay & had me removed from the property — I want owner-

4

## IV. Statement of Claim (continued):

ship of all three hotels & I want refunds and to be able to stay they where cyber stalking, descrating my meals, cameras everywhere with Cardi B, Offset & the Illuminati plus gang members who also said something about exploiting me & as well as my children, plus made me my waist money on clothes, food, etc

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Bill of Sale in my name immediately all keys turned over to me closed until I take over & rehire some staff members especially the ones who disobeyed myself, the owner & Mr. Marriott when he personally told me to fire them & request the keys. They got me kicked off the property this is never to happen again. I want full power of hotel plus all monies spent refunded & able to

5

## V. Relief (continued)):

Stay in executive suite plus utilize any + all amenities when I choose.

## VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes ✓      No ____

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _____

_____

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ____      No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __5th__ day of __June__, 20__21__.

_____
_____
_____
*Indigo Ocean Rose Kraim*
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 5, 2021__.
               (Date)

*Indigo Ocean Rose Kraim*
Signature of Movant/Plaintiff

*Indigo Ocean Rose Kraim*
Signature of Attorney
(if any)

Indigo Ocean Roston
AFTER FIVE DAYS RETURN TO
P.O. DRAWER 448
HUNTINGTON, WV 25709-0448

Clerk, United States District Court
P.O. Box 2546
Charleston, West Virginia 25329



U.S. POSTAGE >> PITNEY BOWES

ZIP 25705
02 4W
0000360171 JUN 07 2021
$ 000.71⁰