# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

INDIGO OCEAN ROSE KRAIM,

        Plaintiff,

v.                                                              CIVIL ACTION NO. 3:21-0329

MARIOTT (Mr. Mariott),
current /former owner;
CHARLESTON WEST VIRGINIA
POLICE DEPARTMENT; and
CHANNEL 13 NEWS,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's complaint (ECF No. 1) be dismissed and removed from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.[1]

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Plaintiff's complaint (ECF No. 1) be dismissed and removed from the docket of the Court, consistent with the findings and recommendations.

---

[1] The Proposed Findings and Recommendations was returned marked undeliverable. The Clerk of Court has no current address for Plaintiff.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: November 4, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE